FILED

04/05/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0139

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 22-0139

_____

RHONDA LINDQUIST, OFFICE OF THE
STATE PUBLIC DEFENDER,

      Petitioner,

  v.

MONTANA THIRTEENTH JUDICIAL
DISTRICT COURT, HON. DONALD HARRIS,
Presiding,

      Respondent.

_____

## Grant of Unopposed Motion for Extension of Time
_____

Pursuant to authority granted under Mont. R. App. P. 26, Respondent Hon. Donald Harris may file and serve a response in this matter on or before May 25, 2022.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 5 2022